[Civ. No. 4787. Third Appellate District.—June 2, 1933.]

TODOME ARAO, Respondent, v. POLICY HOLDERS LIFE INSURANCE ASSOCIATION (a Corporation), Appellant.

Hugh Martin Young, Charles D. Warner and Thomas W. Hughes for Appellant.

Lawrence Edwards and Len H. Honey for Respondent.

MILLER, J., *pro tem.*— This case presents the same facts and the same questions of law that are presented in the case of *Kiku Saito* v. *Policy Holders Life Insurance Assn.*, this day decided by this court (*ante*, p. 412 [22 Pac. (2d) 724]), except as to the name of the plaintiff and the dates of the transactions involved; and, for like reasons as in that case given, the order denying a change of venue is affirmed.

Thompson, J., and Pullen, P. J., concurred.